1  ROBERT JON HENDRICKS (SBN 179751)
   LARRY M. LAWRENCE (SBN 232720)
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071-3132
4  Tel: 213.612.2500
   Fax: 213.612.2501
5  E-mail: rhendricks@morganlewis.com
   E-mail: llawrence@morganlewis.com
6
   Attorneys for Defendant
7  DELTA AIR LINES, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | JOSE VILLASENOR, on behalf of        | Case No. 12-CV-03341-JFW-PLA
   | himself and all others similarly     |
12 | situated,                            | **[PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND**
   |                                      |
13 |              Plaintiff,              |
   |                                      | Courtroom:    16
14 |       vs.                            |
   |                                      |
15 | DELTA AIR LINES, INC., a             |
   | Delaware Corporation; RON PAZ,       |
16 | an individual, and DOES 1 through    |
   | 10, inclusive,                       |
17 |                                      |
   |              Defendants.             |

18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
 BOCKIUS LLP
 ATTORNEYS AT LAW
  LOS ANGELES

DB2/ 23197497.1

# **ORDER**

Based upon the parties' stipulation and for good cause shown, it is hereby **ORDERED** that:

1. Given the federal holiday, Defendant's opposition to Plaintiff's Motion for Remand is due May 29, 2012. Plaintiff's reply in support of Plaintiff's Motion for Remand is due June 5, 2012.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JOHN F. WALTER

DB2/ 23197497.1

**RESPECTFULLY SUBMITTED:**

Dated: May 23, 2012                MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Larry M. Lawrence
      Larry M. Lawrence
      Attorneys for Defendant
      DELTA AIR LINES, INC.

DB2/ 23197497.1